IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:13cr71-MHT |
| | ) | WO |
| DERELLE TREVON BRADSHAW | ) | |

## **ORDER**

Upon consideration of defendant's first motion for approval of an expert at the government's expense (Doc. # 75); second motion to approve defendant hiring an expert at government's expense (Doc. # 76); and third motion for relief to hire expert Barry G. Dickey (Doc. # 84), and upon the court's finding that such services are necessary for adequate representation and that the defendant is financially unable to obtain them, it is

ORDERED that the motions be and hereby are GRANTED pursuant to 18 U.S.C. §3006A(e). The circuit court has approved the expenditure of $5,440 for services of an ususal character or duration to be provided as proposed by Mr. Barry G. Dickey, certified forensic analyst.

DONE, this 8th day of November, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE