IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
   v.                           )    CRIMINAL ACTION NO.
                                )       3:13cr71-MHT
DERELLE TREVON BRADSHAW         )         (WO)

ORDER

Based on the representations made in camera on April 23, 2014, it is ORDERED as follows:

(1) Attorney Joe N. Lampley's oral motion to withdraw as defense counsel and oral motion for Attorney Christopher E. Lee to continue as court-appointed, rather than retained, counsel for defendant Derelle Travon Bradshaw (Doc. No. 151) are denied. The policy of the Eleventh Circuit is as follows, in part:

> "Retained criminal defense attorneys are expected to make financial arrangements satisfactory to themselves and sufficient to provide for representation of each defendant until the conclusion of the defendant's case. Unless this court, within fourteen (14) days after arraignment, is notified in writing of

> counsel's withdrawal because of the defendant's failure to make satisfactory financial arrangements, this court will expect counsel to represent the defendant until the conclusion of the case. Failure of a defendant to pay sums owed for attorney's fees or failure of counsel to collect a sum sufficient to compensate for all the services usually required of defense counsel will not constitute good cause for withdrawal after said fourteen-day period has expired.
>
> "Every defendant has a right to appeal from any conviction; a convicted defendant's case is therefore not concluded until his direct appeal is decided. Thus, the further expectation of this court and the United States Court of Appeals for the Eleventh Circuit is that retained counsel, in making satisfactory financial arrangements, will contemplate services to be rendered upon appeal."

Notice to Retained Criminal Defense Attorney (doc. no. 67).  There is nothing to indicate that either Attorney Lampley or Attorney Lee was unaware of this policy; indeed, the policy was publicly filed in this case after the appearances of both attorneys.  Both Attorneys

Lampley and Lee will continue as retained counsel for defendant Bradshaw on appeal.

(2) Defendant Bradshaw's request to proceed in forma pauperis on appeal, made in open court on April 23, 2014, is granted to the extent that the appellate filing fee is waived and defendant Bradshaw shall receive a free transcript.  The clerk of the court is to arrange for the free transcript.

DONE, this the 24th day of April, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**