IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         3:13cr71-MHT
                            )             (WO)
DERELLE BRADSHAW            )
```

OPINION AND ORDER

This criminal cause is now before the court on defendant Derelle Bradshaw's motion for an extension of time to file a notice of appeal. For the reasons that follow, his motion will be granted.


I. Background

Bradshaw was indicted on two counts related to an armed bank robbery at Wells Fargo Bank. He was found guilty by a jury on both counts of the indictment. This court sentenced Bradshaw to 96 months of imprisonment. The court entered its judgment on May 7, 2014. According to Rule 4 of the Federal Rules of Appellate Procedure, he was required to file a notice of appeal with the district court within 14 days of the entry of written

judgment against him.  Fed. R. App. P. 4(b)(1)(A)(I). Therefore, the last day he could have filed a timely notice of appeal was on May 21, 2014.

However, prior to the expiration of this time period, Bradshaw filed a motion to extend time to file a notice of appeal.  His stated reason for the extension is to have additional time to reach a final decision on whether he wants to appeal conviction and sentence.  He has conferred with his lawyer about the option of appeal, understands his rights, and is still "seriously considering and cautiously weighing" his final decision. See Motion for Extension of Time to File Notice of Appeal (Doc. No. 59).

## II. Discussion

Should a defendant wish to file an untimely notice of appeal, a district court may extend the time to file the notice of appeal an additional 30 days upon a finding of "excusable neglect" or "good cause."  Fed. R. App. P.

4(b)(4).  The defendant may request this extension before or after the expiration of the 14-day time period.  Id.  When a motion for an extension of time to file a notice of appeal is filed prior to expiration of the initial time period allowed for appeal under Rule 4, the motion is evaluated under the "good cause" standard and not the "excusable neglect" standard.  See Cannabis Action Network, Inc. v. City of Gainesville, 231 F.3d 761, 766 (11th Cir. 2000), judgment vacated on other grounds, 534 U.S. 1110 (2002).  While there is no specific standard for a district court's determination of "good cause," the 1979 amendments to the rule added the "good cause" standard, giving district courts authority to apply the standard "flexibly."  Meek v. Metro. Dade Cnty., 908 F.2d 1540, 1544 (11th Cir. 1990) (internal citation omitted).

   By meeting with his lawyer regarding his options for appeal and filing this motion prior to the expiration date for filing a timely notice of appeal, Bradshaw has demonstrated to the court that he has made significant

efforts to reach a decision within the 14-day period required by Rule 4 and is thoughtfully weighing his options. An appeal requires significant judicial resources and time, and, before any court devotes scarce resources to Bradshaw's case, the court prefers that he is reasonably and knowledgeably certain of the best course of action in his case. The court also recognizes that Bradshaw's decision is a weighty one particularly since he faces a significant term of imprisonment. The court, therefore, finds that Bradshaw has demonstrated "good cause" for an additional 30 days to file a notice of appeal.

***

Accordingly, it is ORDERED that defendant Derelle Bradshaw's motion to extend time to file a notice of appeal (Doc. No. 159) is granted and that defendant Bradshaw has an additional 30 days to file a notice of appeal.

DONE, this the 21st day of May, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**