IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:13cr71-MHT |
| | ) | (WO) |
| DERELLE TREVON BRADSHAW | ) | |

EARLY-TERMINATION ORDER

This case is before the court on the United States Probation Office's petition for early termination of defendant Derelle Trevon Bradshaw's supervised release. The government supports early termination. *See* Petition for Early Termination of Supervised Release (Doc. 171) at 2. Probation notes that Bradshaw has completed 27 months of his 36-month term in full compliance with his terms of supervised release, including maintaining gainful employment, keeping stable housing, abstaining from drugs, and avoiding engaging in any criminal conduct. But beyond that, Probation notes that he has maintained a stable home life with his girlfriend and toddler son, voluntarily provides "more than sufficient support" for his daughter from a prior relationship, and takes custody

of her on weekends and for extended visits during holidays and the summer. *See id.* at 1. Since 2020, he has also actively and voluntarily participated in a community program for fathers, where he serves as a mentor for other fathers "who have faced the same struggles he overcame." *Id*. at 2. In sum, Bradshaw has made impressive strides in becoming a productive and valuable member of his family and community, and has gained all he can from supervision. The court therefore concludes that early termination of supervised release is appropriate.

***

Accordingly, it is ORDERED that:

(1) The petition (Doc. 171) is granted.

(2) Defendant Derelle Trevon Bradshaw's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 9th day of June, 2022.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE